# United States District Court

## *Southern District of Georgia*

| | |
|---|---|
| The United States of America, | Case No. 4:24-CV-00071-RSB-CLR |
| Plaintiff | |
| v. Woodlands at Montgomery LP, et al. | Appearing on behalf of Woodlands at Montgomery LP, Woodland |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of ____June____, __2024__.

*[Signature: Christopher L. Ray]*

UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Craig W. Wiley

Business Address: JACKSON LEWIS P.C.
Firm/Business Name

211 North Pennsylvania Street, Suite 1700
Street Address

Indianapolis    IN    46204
Street Address (con't)    City    State    Zip

(same)
Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(317) 489-6935
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: craig.wiley@jacksonlewis.com