UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| LISA VOLLMER, | ) |
| | ) |
| Plaintiff-Intervenor, | ) |
| v. | )   CV424-071 |
| | ) |
| WOODLANDS AT | ) |
| MONTGOMERY LP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Lisa Vollmer moves to intervene as plaintiff. Doc. 9. The United States brought this action seeking to enforce Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, on Vollmer's behalf pursuant to 42 U.S.C § 3612(o). Doc. 1 at 1. Her motion to intervene is unopposed. *See generally* docket. Accordingly, because the motion to intervene is timely and 42 U.S.C. § 3612(o)(2) gives Vollmer, as the aggrieved person, an unconditional right to intervene, her

Motion to Intervene is **GRANTED**, doc. 9, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

    **SO ORDERED**, this 18th day of June, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA