UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and LISA VOLLMER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CV424-071 |
| WOODLANDS AT MONTGOMERY LP, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendant Paula Monroe, formerly Paula Williams, moves for leave to appear virtually at the upcoming September 24, 2024 settlement conference. Doc. 29. The Motion indicates that the Intervenor Plaintiff objects to the request. *Id*. at 2. Given the looming date of the Settlement Conference, the Court will shorten the time to respond to Monroe's Motion. *See, e.g.*, S.D. Ga. L. Civ. R. 7.5. Therefore, any party opposing Monroe's Motion to Appear Virtually at the Settlement Conference, doc. 29, is **DIRECTED** to respond no later than September 13, 2024.

**SO ORDERED**, this 10th day of September, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA